# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 11/15/2024 |
| Case: 24−10610−dsj | Form ID: 155new | Total: 37 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Deborah Piazza | dpiazza@tarterkrinsky.com |
| aty | Deborah Piazza | dpiazza@tarterkrinsky.com |
| aty | Moshie Solomon | msolomon@moshiesolomonlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Andrew D. Sickinger | PO Box 20022   New York, NY 10001 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551   Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs   375 Pearl Street, 30th Floor   New York, NY 10038 |
| 8456977 | Alter Wolff Foley & Stutman LLP | 810 7th Avenue   New York, NY 10019 |
| 8456978 | Bank of America | PO Box 982236   El Paso, TX 79998 |
| 8456979 | Bank of America, NA | PO Box 15284   Wilmington, DE 19850 |
| 8456980 | Better Indeed LLC | 156 Fifth Avenue   Suite 1115   New York, NY 10010 |
| 8456981 | Borah, Goldstein, Althschuler Nahins & Goidel | 377 Broadway   New York, NY 10013−3993 |
| 8456982 | Crown Asset Management | 3100 Breckenridge Blvd.   Suite 725   Duluth, GA 30096 |
| 8456984 | D.A. Davidson & Co. | 1550 Market Street   Suite 300   Denver, CO 80202 |
| 8456983 | D.A. Davidson & Co. | 757 Third Avenue   Suite 1902   New York, NY 10017 |
| 8487441 | D.A. Davidson & Co. | Attn: Nancy Hendrickson   227 W. Monroe Street, Suite 5250   Chicago, IL 60606 |
| 8456985 | Elan Financial Service | 777 E Wisconsin Ave   Milwaukee, WI 53202 |
| 8456986 | Erin Romeo | 200 East 27th Street   3L   New York, NY 10016 |
| 8456987 | FINRA | P.O. Box 418911   Boston, MA 02241 |
| 8456989 | FMA Alliance | 12339 Cutten Rd.   Houston, TX 77066 |
| 8456988 | First Republic Bank | 111 Pine St Fl 3   San Francisco, CA 94111 |
| 8456991 | GT Securities | 12130 Millenium Drive   Suite 300   Los Angeles, CA 90094 |
| 8456990 | Goldman Sachs Bank, USA | Lockbox 6112   PO Box 7247   Philadelphia, PA 19170 |
| 8456992 | Internal Revenue Service | P.O. Box 7346   Philadelphia, PA 19101−7346 |
| 8456993 | JP Morgan Chase Bank | 301 N Walnut St, Floor 09   Wilmington, DE 19801 |
| 8456995 | JPMorgan Chase Bank N.A. | 201 N. Walnut Street   Wilmington, DE 19801 |
| 8456994 | JPMorgan Chase Bank N.A. | PO Box 15298   Wilmington, DE 19850−5298 |
| 8456996 | Madison Dental Group | 515 Madison Avenue   Suite 3900   New York, NY 10022 |
| 8487440 | Nancy Hendrickson | D.A. Davidson & Co.   227 W. Monroe Street, Suite 5250   Chicago, IL |
| 8456997 | Paul Hymowitz, PH.D. | 60 West 13th Street   New York, NY 10011 |
| 8456998 | Philip T. Sickinger and Bonnie Sickinger | 869 Borderlands Drive   Erlanger, KY 41018 |
| 8456999 | RBNB 20 Owner LLC | PO Box 321   Emerson, NJ 07630 |
| 8457000 | Rubin & Rothman LLC | c/o Jonathan A. Barreto, Esq.   1787 Veterans Highway   Islandia, NY 11749 |
| 8457001 | Upgrade Inc | 275 Battery St Fl 23   San Francisco, CA 94111 |
| 8457002 | Upstart Network Inc. | 2950 S Delaware St Ste 3   San Mateo, CA 94403 |

TOTAL: 33